DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

3 OCTOBER 2013

| 131P01-9 | State v. Anthony Dove | Def's *Pro Se* Petition for *Writ of Certiorari* to Review the Order of the COA (COAP11-424) | Dismissed |
|---|---|---|---|
| 139P13 | State v. Quintel Augustine, Tilmon Golphin, and Christina Walters | 1. State's Petition for *Writ of Certiorari* to Review Order of Superior Court of Cumberland County | 1. Allowed |
| | | 2. Defs' Motion for Extension of Time to Respond to Petition for *Writ of Certiorari* | 2. Allowed **04/1/13** |
| | | 3. Defs' Motion for Extension of Time to Answer | 3. Allowed **06/07/13** |
| | | 4. Defs' Motion for Extension of Time to Respond to Petition for *Writ of Certiorari* | 4. Allowed **07/18/13** |
| | | 5. State's Motion for Leave to File Reply | 5. Allowed **09/06/13** |
| | | | **Beasley, J. Recused** |
| 147P13-2 | Perry R. Warren v. NC Office of Administrative Hearings and Donald W. Overby | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 149P13 | State v. William Henry Parker | Def's PDR Under N.C.G.S. § 7A-31 (COA12-836) | Denied |
| 159P13 | Scott B. Carle and John Simmons v. Wyrick, Robbins, Yates & Ponton, LLP, and Madison E. Bullard, Jr. | Plts' PDR Under N.C.G.S. § 7A-31 (COA12-1093) | Denied |
| 170P13 | Hillsboro Partners, LLC v. The City of Fayetteville | Plt's PDR Under N.C.G.S. § 7A-31 (COA12-987) | Denied |
| 191P13-2 | Marion L. Sherrod v. N.C. Department of Correction (N.C. Department of Public Safety) | Plt's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP13-575) | Denied |